UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

DANIEL LOPEZ,
    Plaintiff,

vs.

GRAMANZINI BEACH PROPERTIES III, LLC
and SENOR FROG'S HOLLYWOOD, LLC,
    Defendants.

Case No: 25-cv-60509-DSL

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff, DANIEL LOPEZ, by and through undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismisses this matter without prejudice solely as to Defendant, GRAMANZINI BEACH PROPERTIES III, LLC. This dismissal does not affect Plaintiff's claims against Defendant, or any other possible Defendants, SENOR FROG'S HOLLYWOOD, LLC, which shall remain pending.

Respectfully submitted,

/s/ Lauren N. Wassenberg
Lauren N. Wassenberg, Esq. (FBN: 34083)
  *Attorney for Plaintiff*
Lauren N. Wassenberg & Associates, P.A.
33 SE 4th St., Ste. 100
Boca Raton, Florida 33432
844-702-8867
WassenbergL@gmail.com

### CERTIFICATE OF SERVICE

I hereby certify that on April 4, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and served all counsel of record identified on the Service List for this action via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/ Lauren N. Wassenberg
Lauren N. Wassenberg, Esq. (FBN: 34083)
  *Attorney for Plaintiff*